THOMAS S. RUDDEROW et al, appellants,

*v.*

EDWARD DUDLEY, respondent.

A sale of lands under partition may be set aside, where no advertisement was set up in the township where the lands lie, as required by statute, the buyer at such sale being repaid the purchase-money paid by him, with interest.

On appeal from the chancellor's order, refusing to set aside a sale.

*Mr. John W. Wartman,* for appellants.

*Mr. David J. Pancoast,* for respondent.

The opinion of the court was announced by

PARKER, J.

In this case there was a sale of land under partition proceedings. The notice of sale was not legal. The purchaser paid the purchase-money.

The order of the chancellor, refusing the rule to show cause why the sale should not be set aside, should be set aside, on condition that the purchaser be placed in the same condition as before sale by repayment of the purchase-money, with interest, within twenty days.

*Order unanimously reversed.*